ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

JILL OTAKE #10442
DARREN W.K. CHING #6903
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:   jill.a.otake@usdoj.gov
            darren.ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00109-01 LEK |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S WITNESS LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| MICHAEL PHILLIP PATRAKIS (01), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S WITNESS LIST

The government hereby submits its witness list, attached hereto, in the

above-captioned matter.

The government reserves the right to add and delete witnesses if that should become necessary during the hearing.

DATED:   Honolulu, Hawaii, November 9, 2017.

Respectfully submitted,

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii


By /s/ Darren W.K. Ching
    DARREN W.K. CHING
    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**UNITED STATES v. MICHAEL PHILLIP PATRAKIS**      <u>**WITNESS LIST**</u>
**Cr. No. 17-00109-01 LEK**

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| **Leslie E. Kobayashi** | **Jill Otake** | **Keith Shigetomi** |
| | **Darren W.K. Ching** | |

| Hearing Date | Court Reporter | Courtroom Deputy |
|---|---|---|
| **November 15, 2017** | **Debra Read** | **Warren Nakamura** |

| Plf. No. | Witness |
|---|---|
| 1 | Hawaii Police Department Detective Sharlotte Bird |
| 2 | Hawaii Police Department Officer Jason Foxworthy |
| 3 | Hawaii Police Department Officer Christopher Fukumoto |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the date and by the method of service noted below, the true and correct copy of the foregoing was served on the following at his last known address:

<u>Served electronically through CM/ECF</u>:

Keith Shigetomi, Esq.
Keithsshigetomi@gmail.com

Attorney for Defendant
MICHAEL PHILLIP PATRAKIS

DATED:   Honolulu, Hawaii, November 9, 2017.


/s/ Janice Tsumoto
U.S. Attorney's Office
District of Hawaii