ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

JILL OTAKE #10442
DARREN W.K. CHING #6903
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:   jill.a.otake@usdoj.gov
              darren.ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 17-00109-01 LEK |
| ) | |
| Plaintiff, ) | GOVERNMENT'S EXHIBIT LIST; |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| MICHAEL PHILLIP PATRAKIS (01), ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOVERNMENT'S EXHIBIT LIST

The Government hereby submits its exhibit list, attached hereto, in the above-captioned matter.

The government reserves the right to add and delete exhibits if that should become necessary during the hearing.

DATED: Honolulu, Hawaii, November 9, 2017.

Respectfully submitted,

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii


By /s/ Darren W.K. Ching
    DARREN W.K. CHING
    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**UNITED STATES** v. **MICHAEL PHILLIP PATRAKIS**     **EXHIBIT LIST**
Cr. No. 17-00109-01 LEK

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| **Leslie E. Kobayashi** | **Jill Otake** <br> **Darren W.K. Ching** | **Keith Shigetomi** |

| Hearing Date | Court Reporter | Courtroom Deputy |
|---|---|---|
| **November 15, 2017** | **Debra Read** | **Warren Nakamura** |

| Plf. No. | Def. No. | Date Offr'd | Mrk'd | Adm'd | EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | | Search Warrant No. 2015-132K and Affidavit (Bates stamped 148-168) |
| 2 | | | | | Return of Search Warrant No. 2015-132K and Inventory (Bates stamped 169-189) |
| 3 | | | | | CD containing videos recovered by Det. Bird on 09/17/15 at the Kealakehe Police Station |
| 4 | | | | | Thumb drive containing videos provided by J.R. to Det. Bird on 09/18/15 |
| 5 | | | | | CD containing videos recovered by Officer Foxworthy on 09/19/15 at the Captain Cook Police Station |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, the true and correct copy of the foregoing was served on the following at his last known address:

Served electronically through CM/ECF:

    Keith Shigetomi, Esq.
    Keithsshigetomi@gmail.com

    Attorney for Defendant
    MICHAEL PHILLIP PATRAKIS

    DATED:   Honolulu, Hawaii, November 9, 2017.

    /s/ Janice Tsumoto
    U.S. Attorney's Office
    District of Hawaii