# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 17-00109LEK |
| CASE NAME: | USA v. (01) Michael Phillip Patrakis |
| ATTYS FOR PLA: | Jill Otake<br>Darren W.K. Ching |
| ATTY FOR DEFT: | Keith S. Shigetomi |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 11/15/2017 | TIME: | 9:00am-10:15am<br>10:30am-11:30 am |

COURT ACTION:  EP: [53] MOTION to Suppress Evidence by Michael Phillip Patrakis. **Evidentiary Hearing.**

Defendant Michael Phillip Patrakis present, in custody.

Government 's Witnesses:
1) Sharlotte Bird(D, C, RD)
2) Jason Foxworthy, (D, C
Defendant's Witness:
Michael Phillip Patrakis (D,C)

Government Exhibits received: 1, 2, 3[received under seal], 4[received under seal], 5[received under seal]

Final Arguments heard.

Court's Oral Ruling made.  Motion Denied.  Reasoned Order to be issued.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager