# CR NO. 17-00109LEK USA vs. (01) Michael Phillip Patrakis

# Exhibit List and Witness List for Hearing on Motion to Suppress held on 11/15/2017

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**UNITED STATES** v. **MICHAEL PHILLIP PATRAKIS**      <u>**EXHIBIT LIST**</u>
**Cr. No. 17-00109-01 LEK**

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| **Leslie E. Kobayashi** | **Jill Otake** <br> **Darren W.K. Ching** | **Keith Shigetomi** |

| Hearing Date | Court Reporter | Courtroom Deputy |
|---|---|---|
| **November 15, 2017** | **Debra Read** | **Warren Nakamura** |

| Plf. No. | Def. No. | Date Offr'd | Mrk'd | Adm'd | EXHIBIT |
|---|---|---|---|---|---|
| 1 | | NOV 1 5 2017 | | NOV 1 5 2017 | Search Warrant No. 2015-132K and Affidavit (Bates stamped 148-168) |
| 2 | | NOV 1 5 2017 | | NOV 1 5 2017 | Return of Search Warrant No. 2015-132K and Inventory (Bates stamped 169-189) |
| 3 | | NOV 1 5 2017 | | NOV 1 5 2017 [under seal] | CD containing videos recovered by Det. Bird on 09/17/15 at the Kealakehe Police Station |
| 4 | | NOV 1 5 2017 | | NOV 1 5 2017 [under seal] | Thumb drive containing videos provided by J.R. to Det. Bird on 09/18/15 |
| 5 | | NOV 1 5 2017 | | NOV 1 5 2017 [under seal] | CD containing videos recovered by Officer Foxworthy on 09/19/15 at the Captain Cook Police Station |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, the true and correct copy of the foregoing was served on the following at his last known address:

Served electronically through CM/ECF:

    Keith Shigetomi, Esq.
    Keithsshigetomi@gmail.com

    Attorney for Defendant
    MICHAEL PHILLIP PATRAKIS

    DATED:   Honolulu, Hawaii, November 9, 2017.


                          /s/ Janice Tsumoto
                          U.S. Attorney's Office
                          District of Hawaii

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

NOV 1 5 2017

**UNITED STATES v. MICHAEL PHILLIP PATRAKIS**       <u>**WITNESS LIST**</u>
**Cr. No. 17-00109-01 LEK**

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| **Leslie E. Kobayashi** | **Jill Otake** | **Keith Shigetomi** |
| | **Darren W.K. Ching** | |

| Hearing Date | Court Reporter | Courtroom Deputy |
|---|---|---|
| **November 15, 2017** | **Debra Read** | **Warren Nakamura** |

| Plf. No. | Witness |
|---|---|
| 1 | Hawaii Police Department Detective Sharlotte Bird (P, C, RD) |
| 2 | Hawaii Police Department Officer Jason Foxworthy (D, |
| 3 | Hawaii Police Department Officer Christopher Fukumoto |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the date and by the method of service noted below, the true and correct copy of the foregoing was served on the following at his last known address:

<u>Served electronically through CM/ECF</u>:

    Keith Shigetomi, Esq.
    <u>Keithsshigetomi@gmail.com</u>

    Attorney for Defendant
    MICHAEL PHILLIP PATRAKIS

    DATED:   Honolulu, Hawaii, November 9, 2017.


                /s/ Janice Tsumoto
                U.S. Attorney's Office
                District of Hawaii

ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

JILL OTAKE #10442
DARREN W.K. CHING #6903
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:   jill.a.otake@usdoj.gov
         darren.ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00109-01 LEK |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S EXHIBIT LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| MICHAEL PHILLIP PATRAKIS (01), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S EXHIBIT LIST

The Government hereby submits its exhibit list, attached hereto, in the

above-captioned matter.

The government reserves the right to add and delete exhibits if that should become necessary during the hearing.

DATED:   Honolulu, Hawaii, November 9, 2017.

Respectfully submitted,

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii


By /s/ Darren W.K. Ching
     DARREN W.K. CHING
     Assistant U.S. Attorney

ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

JILL OTAKE #10442
DARREN W.K. CHING #6903
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:   jill.a.otake@usdoj.gov
            darren.ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 17-00109-01 LEK |
| ) | |
| Plaintiff, ) | GOVERNMENT'S WITNESS LIST; |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| MICHAEL PHILLIP PATRAKIS (01), ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT'S WITNESS LIST

The government hereby submits its witness list, attached hereto, in the

above-captioned matter.

The government reserves the right to add and delete witnesses if that should

become necessary during the hearing.

DATED:   Honolulu, Hawaii, November 9, 2017.

Respectfully submitted,

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii


By /s/ Darren W.K. Ching
    DARREN W.K. CHING
    Assistant U.S. Attorney