# MINUTES

CASE NUMBER:   CR NO. 17-00109LEK

CASE NAME:   USA vs. (01) MICHAEL PHILLIP PATRAKIS

ATTYS FOR PLA:   Darren W. K. Ching

ATTYS FOR DEFT:   (01) Keith S. Shigetomi

INTERPRETER:

JUDGE:   Leslie E. Kobayashi    REPORTER:   Debi Read

DATE:   03/06/2018    TIME:   2:05-2:35

COURT ACTION:   EP: Motion for Withdrawal of Not Guilty Plea and To Plead Anew.

Defendant (01) Michael Phillip Patrakis present, in custody.

Defendant sworn, questioned by the Court. **Memorandum of Plea Agreement**, signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, etc.

Plea of Guilty as to Counts 1 and 2 of the Indictment entered by the Defendant.  Court accepts Defendant's Plea of Guilty. Court **defers** acceptance of Plea Agreement until after Pre-Sentence report is prepared and completed

Pre-Sentence report ordered from USPO.

SENTENCING to Counts 1 and 2 of the Indictment set for 02:00 p.m. 6/25/2018  before Judge Leslie E. Kobayashi.

**Trial date and all deadlines are Vacated.**

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager