# MINUTES

CASE NUMBER:     CR NO. 17-00109LEK

CASE NAME:       USA vs. (01) MICHAEL PHILLIP PATRAKIS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    06/12/2018                   TIME:

COURT ACTION:  EO: Defendant's Attorney Keith S. Shigetomi seeks to continue Sentencing currently set for **6/25/2018 at 02:00 PM** before Judge Leslie E. Kobayashi.

Defendant's Attorney Keith S. Shigetomi to prepare Stipulation Continuing Sentencing for Judge Leslie E. Kobayashi's consideration.

**If the stipulation is approved by the Court, then a new date for sentencing will be issued or the new date included in the stipulation will be confirmed.**

Unless approved, the sentencing date remains unchanged.

Parties have already preliminarily agreed to a new Sentencing date of **9/10/2018 at 02:00 PM.**

Submitted by: Warren N. Nakamura, Courtroom Manager