KEITH S. SHIGETOMI 3380
ATTORNEY AT LAW
PACIFIC PARK PLAZA, SUITE 1440
711 KAPIOLANI BOULEVARD
HONOLULU, HAWAII 96813
TELEPHONE NUMBER (808) 596-0880

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00109 LEK |
| | ) | |
| Plaintiff, | ) | FIRST STIPULATION TO |
| | ) | CONTINUE SENTENCING; ORDER |
| vs. | ) | |
| | ) | |
| MICHAEL PATRAKIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FIRST STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED TO between UNITED STATES OF AMERICA by and through Darren W.K. Ching, Assistant United States Attorney, and MICHAEL PATRAKIS, Defendant, by and through his attorney, Keith S. Shigetomi, for an order continuing the sentencing in the above-entitled matter currently set for June 25, 2018 at 2:00 p.m. to September 10, 2018 at 2:00 p.m. before the Honorable Leslie E. Kobayashi. The reason for the continuance is defense counsel is having Defendant undergo psychological testing and assessment to assist in effectively representing Defendant at sentencing. Testing is expected to take another two weeks. Additional time is necessary for the preparation of a report and to enable Defendant to file

appropriate motions relative to sentencing.

DATED: Honolulu, Hawaii, June 13, 2018.

UNITED STATES OF AMERICA:

/s/ Darren W.K. Ching
DARREN W.K. CHING
ASSISTANT UNITED STATES ATTORNEY

MICHAEL PATRAKIS:

/s/ Keith S. Shigetomi
KEITH S. SHIGETOMI
ATTORNEY AT LAW

ATTORNEY FOR DEFENDANT

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

United States of America v. Michael Patrakis, Cr. No. 17-00109
LEK
First Stipulation to Continue Sentencing