KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Chief, Criminal Division

DARREN W.K. CHING #6903
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00109 LEK |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| vs. | ) | |
| | ) | |
| MICHAEL PATRAKIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>FINAL ORDER OF FORFEITURE</u>

WHEREAS, on September 6, 2018, this Court entered a Preliminary

Order of Forfeiture in which, with the consent of defendant Michael Patrakis, the

Court ordered the forfeiture of all of defendant Patrakis' right, title, and interest

in the following properties (together the "Subject Properties"):

(a) one 21.5" Apple iMac computer;

1

(b) one 640 GB Western Digital Hard Drive;

(c) one ASUS Laptop w/ power cord;

(d) one 4TB Western Digital Hard Drive;

(e) one Djay Beat/Night Thumb Drive;

(f) one 64 GB San Disk Flash Drive;

(g) one LG Cell Phone w/ power cord;

(h) one Black Motorola cell phone w/ charger;

(i) one Green iPhone 5C w/ power cord;

(j) one Samsung cell phone;

(k) one Black/Silver LG flip phone;

(l) one Black LG flip phone;

(m) one broken Apple iPhone w/ shattered screen;

(n) one Silver iPhone 6s w/ case;

(o) one Verizon Droid cell phone w/ case;

(p) one Nikon Coolpix camera;

(q) one GOPRO Hero 2;

(r) one Black GOPRO Hero w/ case;

(s) two SD Adapter & Sim card;

(t) seven Zip Disks;

(u) one Black Samsung Tablet;

(v) one Apple iPad;

(w) one Black Windows surface tablet;

(x) one Lexar 32 GB jumpdrive; and

(y) one Kingston 2 GB Thumb Drive;

WHEREAS the United States caused notice of this forfeiture to be published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 11, 2018, as directed by the United States Attorney General in accordance with 21 U.S.C. § 853(n)(1), and as evidenced by the Notice of Filing Declaration of Internet Publication; Declaration of Internet Publication; Exhibit "A" filed on October 23, 2018 (ECF No. 99);

WHEREAS no timely claim has been filed or received;

WHEREAS the Court finds that the defendant, or any combination of defendants convicted in the case, had an interest in the Subject Properties, which is subject to forfeiture pursuant to 18 U.S.C. § 2253(a), and

WHEREAS, pursuant to 21 U.S.C. § 853(n)(7), the United States is therefore entitled to have clear title to the Subject Properties and to warrant good title to any subsequent purchaser or transferee,

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

THAT a Final Order of Forfeiture is entered against the Subject Properties, and no right, title, or interest in the Subject Properties shall exist in any other party;

THAT the Subject Properties are hereby forfeited to the United States

of America pursuant to 18 U.S.C. § 2253(a); and

THAT all right, title, and interest to the Subject Properties, as well as any income derived as a result of the management of the properties by any United States agency that has had custody of the Subject Properties, are hereby condemned, forfeited, and vested in the United States of America and shall be disposed of according to law.

DATED: December 6, 2018, at Honolulu, Hawaii.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

USA v. MICHAEL PATRAKIS; Cr. No. 17-00109 LEK; "Final Order of Forfeiture"

4