IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 17-00109LEK |
| ) | 18-10436 9CCA |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL PHILLIP PATRAKIS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER APPOINTING COUNSEL

On December 18, 2018, the Court filed an Order granting Defendant Appellant's Motion for Appointment of Counsel.

Pursuant to the December 18, 2018 order and in accordance with Criminal Local Rule 44.1, DeAnna S. Dotson, Esq. is hereby appointed as counsel for Defendant Appellant.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, December 21, 2018.

_____
Richard L. Puglisi
United States Magistrate Judge